IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CATHERYNNE W. KENDRICK                                                    PETITIONER

v.                              CIVIL NO. 08-5092

DUSTIN McDANIEL, Attorney General
for the State of Arkansas                                                 RESPONDENT

ORDER

Petitioner, a prisoner of the Arkansas Department of Correction, McPherson Unit, 302 Corrections Drive, Newport, Arkansas, has submitted a petition for writ of habeas corpus under 28 U.S.C. section 2254 for filing in this district, together with a request for leave to proceed in forma pauperis. Since it appears she is unable to pay the cost for commencement of suit, the following order is entered this 21st day of August 2008:

IT IS HEREBY ORDERED that petitioner's motion for leave to proceed in forma pauperis is granted and the clerk is directed to file the petition nunc pro tunc as of August 15, 2008. The matter of service will be determined at a later date.

IT IS SO ORDERED this 21st day of August 2008.

/s/ James R. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 26 2008

CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK