IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CATHERYNNE PRYOR KENDRICK                              PETITIONER

V.                          Civil No. 08-5192

DUSTIN McDANIEL,
Attorney General for the
State of Arkansas                                       RESPONDENT

**O R D E R**

On this 18$^h$ day of December 2008, there comes on for consideration the **Report and Recommendation (Doc. 4)** filed in this case on November 3, 2008, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. No objections have been filed to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED** in its entirety. Accordingly, the 28 U.S.C. § 2254 petition is hereby **dismissed with prejudice**.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE